IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK LEE FRANKLIN                                                              PETITIONER
ADC #087441

V.                                      NO. 5:10cv00066 SWW-JWC

RAY HOBBS, Director,                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a motion for extension of time in which to respond to this petition for writ of habeas corpus (doc. 8). The motion is granted. Respondent is granted to and including April 26, 2010, in which to file his response.

IT IS SO ORDERED this 19th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE