IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK LEE FRANKLIN                                                    PETITIONER
ADC #087441

V.                                    NO. 5:10cv00066 SWW-JWC

RAY HOBBS, Director,                                                  RESPONDENT
Arkansas Department of Correction

<u>ORDER</u>

In response to this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1),

Respondent asserts several reasons for dismissal (doc. 11).  Petitioner is notified of his

opportunity to file a reply addressing Respondent's arguments.  Petitioner is directed to file

his reply on or before May 26, 2010.

IT IS SO ORDERED this 26th day of April, 2010.


_____
UNITED STATES MAGISTRATE JUDGE