IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK LEE FRANKLIN                                                                                  PETITIONER
ADC #087441

V.                                           NO. 5:10-cv-00066 SWW

RAY HOBBS, Director,                                                                               RESPONDENT
Arkansas Department of Correction

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Court notes that petitioner submitted with his objections evidence that he appealed the disciplinary that is the subject of the petition through the Arkansas Department of Correction administrative appeal process. *See* docket entry 16 at 4-6. Except for the finding that petitioner did not use the appeal process, the Court adopts the Findings and Recommendations of the Magistrate Judge in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus is hereby denied, dismissing this case in its entirety with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE