IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK LEE FRANKLIN                                                                      PETITIONER
ADC #087441

V.                                        NO. 5:10-cv-00066 SWW

RAY HOBBS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus, thereby dismissing this case in its entirety with prejudice.  Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE